**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cleveland McLEAN, Jr., Defendant–
Appellant.**

No. 06–6988.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 20, 2006.

Cleveland McLean, Jr., Appellant Pro
Se.

Before NIEMEYER, KING, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Cleveland McLean, Jr., seeks to appeal
the district court's order denying his 28
U.S.C. § 2255 (2000) motion as successive.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that McLean has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, deny
McLean's motion to intervene, and dismiss
the appeal. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*